AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

Central Division at Frankfort

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| RALPH T. STUCKER, ET AL | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No.    3:17-CV-99-GFVT

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   RALPH T. STUCKER
2259 Clearwater Drive
Lawrenceburg, KY 40342

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   A. George Mason, Jr.
George Mason Law Firm, PSC
3070 Lakecrest Circle
Suite 400, PMB 278
Lexington, KY 40513

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:    11/27/2017

**Robert R. Carr, Clerk**

_Signature of Clerk or Deputy Clerk_

akr

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    3:17-CV-99-GFVT

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Ralph T. Stucker

was received by me on *(date)*   2/01/2018   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because   See Below   ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   2-19-2018                           /s/ A. George Mason, Jr.
                                       _____
                                                   *Server's signature*

                                         A. George Mason, Jr.
                                       _____
                                                  *Printed name and title*

                                         George Mason Law Firm, PSC
                                         3070 Lakecrest Circle, Suite 400, PMB 278
                                         Lexington, KY 40513
                                       _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

The restricted certified mailing of Summons and Complaint for the above named Defendant was
returned to my office by the USPS marked "Unclaimed, unable to forward".

Print      Save As...                                      Reset



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RESTRICTED DELIVERY:

Ralph T. Stucker
2259 Clearwater Drive
Lawrenceburg, KY 40342

9590 9402 2663 6336 3979 32

2. Article Number (Transfer from service label)

7016 3560 0001 0397 0826

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☒ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

U.S. POSTAGE PAID
LEXINGTON, KY
NOV 29, 17
AMOUNT
**$12.45**
R2304E107044-15

40342

1000

BC: 40513182900 20447N3631?1-00038

NIXIE        400  CE 1      0212/29/17
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

RESTRICTED DELIVERY

RESTRICTED DELIVERY

Ralph T. Stucker
2259 Clearwater Drive
Lawrenceburg, KY 40342

NAME
1st Notice    11-30
2nd Notice    12-6
Return        12-15