UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil No. 3:17-CV-00099-GFVT |
| ) | |
| V. ) | |
| ) | |
| RALPH T. STUCKER, et al., ) | **ORDER** |
| ) | |
| Defendants. ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

This matter is before the Court on the Motion to Accept the Warning Order Attorney Report and Award Fees filed by Patrick F. Nash. [R. 11.]  Mr. Nash was appointed by Order of this Court as warning order attorney on March 2, 2018, for Defendant Unknown Spouse of Ralph T. Stucker. [R. 8.]  Accordingly, Mr. Nash has made a diligent attempt to notify Unknown Spouse of Ralph T. Stucker of the pendency of this action.  No objections or responses have been filed and the time for doing so has elapsed.  *See* LR 7.1(c).  Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

   1. The Motion for Attorney's Fees **[R. 11]** and the Report of Warning Order Attorney are **ACCEPTED**;

   2. The Court finds that the rights of the Defendant Unknown Spouse of Ralph T. Stucker have been adequately protected;

   3. In accordance with the Court's Standing Order, Mr. Nash is awarded a fee of $200.00 plus expenses in the amount of $24.75 for investigative reports and postage.  Such fees

1

and expenses shall be taxed as costs and paid by the United States of America pursuant to this Court's Order; and

4.    Patrick F. Nash is hereby discharged from further service as Warning Order Attorney herein.

This the 24th day of April, 2018.

Gregory F. Van Tatenhove
United States District Judge