UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

CIVIL CASE NO: 3:17-CV-00099-GFVT

In re: 2259 Clearwater Drive, Lawrenceburg Ky

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.            REPORT OF WARNING ORDER ATTORNEY

MEGHAN GIBBONS AND
UNKNOWN SPOUSE IF ANY
 OF MEGHAN GIBBONS                                                          DEFENDANT
                          **********************

    Comes H. Wayne Roberts, duly appointed warning order attorney for the defendant, Meghan Gibbons and unknown spouse if any of Meghan Gibbons and submits the following as his report.

    1. Mr. Roberts is an attorney authorized to practice before this Court and was appointed warning order attorney for the defendant unknown spouse of Meghan on March 2, 2018. The steps taken to provide the unknown spouse of Meghan Gibbons with actual notice of the pendency of the present action are set forth below.

    2. The undersign was in Lawreceburg and went to the District Court Clerks office to conduct a record check. The Clerk was able to pull up a Meghan Gibbons, in 2014, who's address was 2259 Clear Water Drive in Lawreceburg, Kentucky 40342.

    3. The undersign also went to the Anderson County Clerks office to conduct a search to determine if Meghan Gibbons had applied for a marriage license. She had not in Anderson

County.

4. The undersign while at the Anderson County Clerks office check the Deeds and was able to determine that Meghan Gibbons name was on a Deed for 2259 Clear Water Drive in Lawreceburg, Kentucky 40342 in the Running Brook Subdivision.

5. The undersign went to 2259 Clear Water Drive in Lawreceburg, Kentucky to only find the residents empty and notices on the Door and a for sell sign in the yard. The undersign contacted the realtor, Mr. Al Peach, PH: 1-502-839-7653 who informed the undersign that he did not know where Meghan Gibbons lives and that he heard that she had moved from Lawreceburg some months ago.

6. Various online searches where then performed in order to discover any other potential address for Meghan Gibbons, Which include instantgram, facebook, and snapchat and Phone information. No Meghan Gibbons was located in the Lawreceburg area.

7. Through the efforts outlined above, the undersign bas been unsuccessful in corresponding with, Meghan Gibbon. Since the undersigned has not contacted Megan Gibbon or the unknown spouse of Meghan Gibbons if any, the undersign has no defense to assert on the spouse behalf if any.

WHEREFORE, H. Wayne Roberts warning order attorney for the defendant Meghan Gibbons, and Unknown spouse of Meghan Gibbons, if any, respectfully request the following,

1). That the rights of Meghan Gibbons be peotected;

2). That this report be review and accepted

3). That the warning order attorney be dismissed from further responsibility herein, and,

4. That the undersigned attorney be awarded a fee for his services.

.

Respectfully Submitted

By. S/H. Wayne Roberts
Hon. H. Wayne Roberts
3229 Polo Club Blvd.
Lexington, Kentucky 40509
Phone (859) 225-0062
Counsel for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 25 day of April 25, 2018, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send an electronic filing to all relevant parties.

By: s/H. Wayne Roberts
H. Wayne Roberts