UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil No. 3:17-CV-00099-GFVT |
| ) | |
| V. ) | |
| ) | |
| RALPH T. STUCKER, et al., ) | **ORDER** |
| ) | |
| Defendants. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Motion to Accept the Warning Order Attorney Report and Award Fees filed by H. Wayne Roberts. [R. 15.] Mr. Roberts was appointed by Order of this Court as warning order attorney on March 2, 2018, for Defendant Meghan Gibbons. [R. 9.] Accordingly, Mr. Roberts has made a diligent attempt to notify Meghan Gibbons of the pendency of this action. No objections or responses have been filed and the time for doing so has elapsed. *See* LR 7.1(c). Further, Mr. Roberts' Motion to Accept the Warning Order Attorney Report and Award Fees [R. 15], moved the court for reimbursement on behalf of his efforts related to Defendant Meghan Gibbons and Defendant Unknown Spouse of Meghan Gibbons. The Court previously entered an Order accepting Mr. Roberts' Motion as it related to Defendant Unknown Spouse of Meghan Gibbons. [R. 16.]

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

    1.    The Motion for Attorney's Fees **[R. 15]** and the Report of Warning Order Attorney are **ACCEPTED**;

     2.     The Court finds that the rights of the Defendant Meghan Gibbons have been adequately protected;

     3.     In accordance with the Court's Standing Order, Mr. Roberts is awarded a fee of $200.00. Such fees and expenses shall be taxed as costs and paid by the United States of America pursuant to this Court's Order; and

     4.     H. Wayne Roberts is hereby discharged from further service as Warning Order Attorney herein.

This the 1st day of May, 2018.

Gregory F. Van Tatenhove
United States District Judge